Nos. 1:16-cv-09059, 1:16-cv-09097

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: CAESARS ENTERTAINMENT OPERATING COMPANY, INC., ET AL.,
*Debtors.*

MARC J. ROWAN, DAVID B. SAMBUR, DAVID BONDERMAN, KELVIN DAVIS,
GARY LOVEMAN AND ERIC HESSION,
*Movants.*

On Motion for Leave to Appeal and Petition for Writ of Mandamus
*Actions Pending in the United States Bankruptcy Court for the Northern District of Illinois (Case No. 15-01145 (ABG)) and in the United States District Court for the Northern District of Illinois (Case No. 1:16-cv-09059)*

**DECLARATION OF EDWARD E. FILUSCH IN SUPPORT OF EMERGENCY MOTION TO EXPEDITE AND EMERGENCY MOTION FOR STAY PENDING APPEAL**

I, Edward E. Filusch, hereby declare under penalty of perjury:

1. I am a member of the law firm Kasowitz, Benson, Torres & Friedman LLP, located at 1633 Broadway, New York, New York 10019, attorneys for David Bonderman and Kelvin Davis. I am an attorney duly admitted to practice law in the State of New York and the State of New Jersey, and I have been admitted *pro hac vice* in this Court. There are no disciplinary proceedings pending against me.

2. I submit this declaration in support of the Emergency Motion to Expedite and the Emergency Motion for Stay Pending Appeal (the "Emergency Motions") filed by Marc J. Rowan, David B. Sambur, David Bonderman, Kelvin Davis, Gary Loveman and Eric Hession (collectively, the "Individuals"). I have personal knowledge of the matters herein.

3. On Thursday, September 22, 2016, before filing the Emergency Motion, counsel for the Individuals informed counsel for the Official Committee of Second Priority Noteholders of the Individuals' intent to file the Emergency Motions.

4. On September 14, 2016, the Bankruptcy Court for the Northern District of Illinois (Goldgar, J.) (the "Bankruptcy Court") entered the *Order Granting in Part Official Committee of Second Priority Noteholders' Amended Motion to Compel Respondents to Produce Documents and Information in Response to Subpoenas* [Docket. No. 4925] (the "Order").

5. Attached hereto as Exhibit 1 is a true and correct copy of the Order.

6. The Individuals require emergency relief because compliance with the Order will cause irreparable harm to the Individuals. As the Bankruptcy Court recognized at the hearing on September 14, once the Individuals are required to comply with the subpoenas and produce personal and private information, "the cat is sort out of bag, and why are we even prosecuting the appeal." *Transcript of Proceedings before Hon. A. Benjamin Goldgar*, September 14, 2016, at 36.

7. Attached hereto as Exhibit 2 is a true and correct copy of the *Transcript of Proceedings before the Hon. A. Benjamin Goldgar*, September 14, 2016.

8. Attached hereto as Exhibit 3 is a true and correct copy of the *Transcript of Proceedings*, August 17, 2016.

9. Attached hereto as Exhibit 4 is a true and correct copy of the *Agreed Protective Order* [Docket No. 1575-1].

10. Attached hereto as Exhibit 5 is a true and correct copy of the *Order Denying Emergency Motion for Stay Pending Appeal* [Docket No. 5051].

11. Attached hereto as Exhibit 6 is a true and correct copy of the Disclosure Statement for the Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code, June 28, 2016 [Docket No. 4220-1].

12. Attached hereto as Exhibit 7 is a true and correct copy of an excerpt of a March 23, 2016 Kirkland & Ellis LLP presentation entitled "Assessment of Estate Claims Presentation to the Governance Committee of the Board of Directors of Caesars Entertainment Operating Company, Inc." (attached as Exhibit N to the August 31, 2016 Declaration of Sevan Ogulluk in Support of Official Committee of Second Priority Noteholders' Motion to Compel Respondents to Produce Documents and Information in Response to Subpoenas, and to Transfer the Motion under Rule 45(f) [Docket No. 4792-18] (the "Ogulluk Decl.")).

13. Attached hereto as Exhibit 8 is a true and correct copy of the Official Committee of Second Priority Noteholders' June 28, 2016 Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding), addressed to Marc Rowan (attached as Exhibit A to the Ogulluk Decl., at 54-66 [Docket No. 4792-5]).

14. Attached hereto as Exhibit 9 is a true and correct copy of the Responses and Objections of Marc Rowan to the Official Committee of Second Priority Noteholders' Request for Production of Documents, dated July 12, 2016.

15. Attached hereto as Exhibit 10 is a true and correct copy of the Declaration of Garrett Ordower in support of the Opposition of Marc J. Rowan and David Sambur to the Official Committee of Second Priority Noteholders' Motion to Compel Respondents to Produce Documents and Information in Response to Subpoenas, dated September 7, 2016 [Docket No. 4848].

16. Attached hereto as Exhibit 11 is a true and correct copy of the Transcript of All Motions on the Calendar, *In re Fontainebleau Las Vegas Holdings LLC*, Case No. 1:09-BK-21481 (Bankr. S.D. Fla. Aug. 6, 2014) (attached as Exhibit Q to the Ogulluk Decl. [Docket No. 4792-21]).

17. Attached hereto as Exhibit 12 is a true and correct copy of the Order (A) Approving the Confirmation Schedule and (B) Granting Related Relief [Docket No. 4151].

18. Attached hereto as Exhibit 13 is a true and correct copy of the *Transcript of Proceedings*, September 21, 2016.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 22, 2016

Respectfully,

_____
Edward E. Filusch