UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Marc J. Rowan

Plaintiff,

v.

Case No.:
1:16–cv–09059

Honorable Robert M. Dow Jr.

The United States Bankruptcy Court for the Northern District of Illinois, Eastern Division

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 26, 2016:

MINUTE entry before the Honorable Robert M. Dow, Jr: At the joint request of all parties, the case is stayed to allow negotiations to continue and motions [11, 12, 24, 29, 31, 45] are entered and continued to 9/27/2016 at 9:30 a.m. Monica S. Asher and Michael Galen's motions for leave to appear pro hac vice on behalf of Eric Hession [43, 44] are granted. David S. Rosner's motion for leave to appear pro hac vice on behalf of David Bonderman and Kelvin Davis [50] is granted. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.