UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Marc J. Rowan

          Plaintiff,

v.

Case No.: 1:16−cv−09059

Honorable Robert M. Dow Jr.

The United States Bankruptcy Court for the Northern District of Illinois, Eastern Division

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 4, 2016:

    MINUTE entry before the Honorable Robert M. Dow, Jr: At the request of the parties and by agreement of the parties, the motion hearing set for 10/5/2016 is cancelled. In light of the consensual plan of reorganization file with the bankruptcy court this afternoon, parties anticipate filing a motion to stay this case in the next day or so. No appearances are necessary on 10/5/2016. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.